# UNITED STATES DISTRICT COURT

for the
District of Oregon

CHET MICHAEL WILSON, individually and on behalf
of all others similarly situated

)
)
)
)
)

*Plaintiff*

v.    ) Civil Action No. 6:26-cv-00667-MC

)
)

Cascades Insurance, LLC    )
)

*Defendant*

## AFFIDAVIT OF SERVICE

I, _____Kelli Doyle_____, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to CASCADES INSURANCE, LLC in Pacific County, WA on April 10, 2026 at 9:57 am at 101 1st Ave S, Ilwaco, WA 98624-9100 by leaving the following documents with Amanda who as Office Manager is authorized by appointment or by law to receive service of process for CASCADES INSURANCE, LLC.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, CIVIL COVER SHEET, Civil Case Assignment Order, Discovery and Pretrial Scheduling Order, Fed. R. Civ. P. 26(a)(1) Discovery Agreement, Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route, U.S. District Court − Oregon, Civil Case Management Time Schedules
Race: White, Sex: Female, Est. Age: 40, Hair: Brown, Glasses: N, Est. Weight: 200 lbs to 220 lbs, Est. Height: 5' 3" to 5' 6".

Total Cost: $165.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Kelli Doyle*

Executed in _____Pacific_____,    Signature

WA on 04/17/2026 .    Name: _____Kelli Doyle_____
Email: michelle@willapaprinting.com