Hon. Michael McShane

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVSION

CHET MICHAEL WILSON, individually and on behalf of others similarly situated,

Plaintiff(s),

v.

CASCADES INSURANCE, LLC,

Defendants.

NO. 6:26-cv-00667-MC

ORDER ON STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT

Pursuant to Parties' Stipulation; it is NOW, THEREFORE, HEREBY ORDERED that:

Defendant's deadline to answer or otherwise respond to the complaint extended from May 4, 2026, to June 4, 2026.

Good cause exists for this extension because Defendant requires additional time to investigate the allegations set forth in the Complaint, consult with counsel, and prepare an appropriate response. This is the parties' first request for an extension of this deadline; no scheduling order has been entered in this matter, and no party will be prejudiced by the brief extension.

ORDER ON STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND COMPLAINT - 1
6:26-cv-00667-MC
{JBJ4904-4892-4071;1/12899.000008/}

OGDEN MURPHY WALLACE, P.L.L.C.
701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 447-7000/Fax: (206) 447-0215

IT IS SO ORDERED this _____ day of May, 2026.

_____

The Honorable Hon. Michael McShane

Presented by

OGDEN MURPHY WALLACE

By          _/s/ Thomas D. Adams_____
            Thomas D. Adams, OSB ##861376
            tadams@omwlaw.com
            701 5th Avenue, Suite 5600
            Seattle, WA 98104
            Tel: (206) 447-7000
            Attorneys for Cascades Insurance, LLC

ORDER ON STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND COMPLAINT - 2
6:26-cv-00667-MC
{JBJ4904-4892-4071;1/12899.000008/}

OGDEN MURPHY WALLACE, P.L.L.C.
701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 447-7000/Fax: (206) 447-0215