Hon. Michael McShane

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVSION

CHET MICHAEL WILSON, individually and on behalf of others similarly situated,

Plaintiff(s),

v.

CASCADES INSURANCE, LLC,

Defendants.

NO. 6:26-cv-00667-MC

SECOND STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT

Plaintiff Chet Michael Wilson ("Plaintiff") and Defendant Cascades Insurance, LLC ("Defendant"), by their undersigned counsel, hereby stipulate and agree as follows:

1.     Under the Federal Rules, and as granted by [DKT 007] Order Granting Stipulation to extend time to Answer, Defendant's deadline to answer or otherwise respond to the complaint is June 4, 2026.

2.     Defendant has asked for Plaintiff for additional time to respond to the Complaint, and Plaintiff has agreed.  The parties therefore stipulate to additionally extend the

SECOND STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND COMPLAINT - 1
6:26-cv-00667-MC
{JBJ4905-7939-2690;1/12899.000008/}

deadline to answer or otherwise respond to the Complaint by another 30 days, from June 4, 2026, to July 6, 2026.

3.    Good cause exists for this extension because Defendant requires additional time to investigate the allegations set forth in the Complaint, consult with counsel, and prepare an appropriate response.  This is the parties' first request for an extension of this deadline; no scheduling order has been entered in this matter, and no party will be prejudiced by the brief extension.

DATED this __3rd__ day of June, 20262023.

OGDEN MURPHY WALLACE

By    _/s/ Jessica B. Jensen_
Thomas D. Adams, OSB##861376
tadams@omwlaw.com
Jessica B. Jensen, WSBA # 29353 *(pro hac vice)*
jjensen@omwlaw.com

701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 447-7000
Attorneys for Cascades Insurance, LLC

PERRONG LAW LLC

By    _/s/ Andrew Roman Perrong,_
Andrew Roman Perrong, OSB#243320
2657 Mount Carmel Avenue
Glenside, PA 19038
A@Perronglaw.com
Attorneys for Plaintiff and the Proposed Class

SECOND STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND COMPLAINT - 2
6:26-cv-00667-MC
{JBJ4905-7939-2690;1/12899.000008/}