Hon. Michael McShane

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVSION

CHET MICHAEL WILSON, individually and on behalf of others similarly situated,

Plaintiff(s),

v.

CASCADES INSURANCE, LLC,

Defendants.

NO. 6:26-cv-00667-MC

THIRD STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT

Plaintiff Chet Michael Wilson ("Plaintiff") and Defendant Cascades Insurance, LLC ("Defendant"), by their undersigned counsel, hereby stipulate and agree as follows:

1. Under the Federal Rules, and as granted by [DKT 007] Order Granting Stipulation to extend time to Answer, Defendant's deadline to answer or otherwise respond to the complaint is June 4, 2026.

2. Additionally, under the Federal Rules, and as granted by [DKT 010] Order Granting Second Stipulation to extend time to Answer, Defendant's deadline to answer or otherwise respond to the complaint is July 6, 2026.

THIRD STIPULATED MOTION TO EXTEND DEFENDANTS'
DEADLINE TO RESPOND COMPLAINT - 1
6:26-cv-00667-MC
{JBJ4917-8144-1723;1/12899.000008/}

OGDEN MURPHY WALLACE, P.L.L.C.
701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 447-7000/Fax: (206) 447-0215

3.    Defendant has asked for Plaintiff for additional time to respond to the Complaint, and Plaintiff has agreed.  The parties therefore stipulate to additionally extend the deadline to answer or otherwise respond to the Complaint by another 30 days, from July 6, 2026, to August 6, 2026.

4.    Good cause exists for this extension because Defendant requires additional time to investigate the allegations set forth in the Complaint, consult with counsel, and prepare an appropriate response.  In addition, the parties are exploring the possibility of an early resolution and need additional time to continue those conversations. No scheduling order has been entered in this matter, and no party will be prejudiced by the brief extension.

DATED this   6th    day of July, 2026.

OGDEN MURPHY WALLACE


By     /s/ Jessica B. Jensen
       Thomas D. Adams, OSB##861376
       tadams@omwlaw.com
       Jessica B. Jensen, WSBA # 29353 *(pro hac vice)*
       jjensen@omwlaw.com

       701 5th Avenue, Suite 5600
       Seattle, WA 98104
       Tel: (206) 447-7000
       Attorneys for Cascades Insurance, LLC

PERRONG LAW LLC


By     /s/ Andrew Roman Perrong
       Andrew Roman Perrong, OSB#243320
       2657 Mount Carmel Avenue
       Glenside, PA 19038
       A@Perronglaw.com
       Attorneys for Plaintiff and the Proposed Class


THIRD STIPULATED MOTION TO EXTEND DEFENDANTS'
DEADLINE TO RESPOND COMPLAINT - 2
6:26-cv-00667-MC
{JBJ4917-8144-1723;1/12899.000008/}